IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KATHLEEN LEWIS,                          )
                                         )
    Plaintiff,                       )
                                         )
  v.                                     )          1:23-cv-1716 (LMB/LRV)
                                         )
INOVA HEALTH CARE SERVICES,              )
                                         )
    Defendant.                       )

<u>ORDER</u>

A scheduling conflict requires rescheduling the August 23, 2024 hearing on defendant

INOVA Health Care Services' Motion for Summary Judgment, [Dkt. No. 26].  Accordingly, it is

hereby

ORDERED that the parties meet and confer to notice a new hearing date for any

subsequent Friday at 9:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 20 day of August, 2024.

Alexandria, Virginia

_____
                /s/
Leonie M. Brinkema
United States District Judge